IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VAN JOHNSON, | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 11-6368 |
| | : | |
| JOHN KERESTES, et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 31st day of August, 2016, Petitioner's Amended Petition for Writ of Habeas Corpus, (Dkt No. 12), Respondent's Response, (Dkt No. 29), the full record, and the Report and Recommendation of the Honorable Lynne A. Sitarski, United States Magistrate Judge, (Dkt No. 34), with no objections having been filed thereto, it is hereby ORDERED that:

1. The Report and Recommendation, (Dkt No. 34), is APPROVED AND ADOPTED;
2. Petitioner's Amended Petition for Writ of Habeas Corpus, (Dkt No. 12), is DENIED;
3. A certificate of appealability shall not issue;
4. The Clerk of Court is directed to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II    J.